CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/2/2017
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KYLE CARRINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>LIBERTY UNIVERSITY, *ET AL*,<br><br>*Defendants.* | CASE NO. 6:17–CV–00068<br><br><br><br>CONSENT ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff Kyle Carrington's ("Plaintiff") motion to voluntarily dismiss Count IV of his complaint. (Dkt. 9). All parties have seen and consented to Plaintiff's motion. There being no objections by any party, this Court finds dismissal of Count IV proper. Plaintiff's motion to dismiss Count IV of the complaint (dkt. 9) is **GRANTED**. Count IV of Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The case shall proceed with respect to the remaining causes of action.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

Entered this  2nd  day of November, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE